[Civil No. 1242.   Filed April 26, 1912.]

[123 Pac. 316.]

JOHN HANCOCK and J. A. ALLEN, Petitioners, v. THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE TERRITORY OF ARIZONA, IN AND FOR THE COUNTY OF GRAHAM.

Original application for *certiorari.*   Denied.

The facts are stated in the opinion.

Mr. John McGowan, for Petitioner.

FRANKLIN, C. J.—The petition for the writ in this case is in all respects similar to that in the case of *Oscar Tyler, Petitioner,* v. *District Court of Fifth Judicial District, ante,* p. 6, 123 Pac. 315, just decided by this court.

For the reasons given in the opinion in that case and on the authority thereof, the petition for the writ of *certiorari* in this case is accordingly denied.

CUNNINGHAM and ROSS, JJ., concur.